Per curiam. Petition for writ of certiorari to review contempt proceedings had before Hon. H. D. MERRILL. Petition denied.

---

## EX PARTE WALKER.

(Decided November 30, 1914.)

ORIGINAL petition in Supreme Court.

PINCKNEY SCOTT, for appellant. JOE C. HAIL, for appellee.

Per curiam. Petition for mandamus to require Hon. J. C. B. GWIN to hear and determine case of *Walker v. Fifth Ave. Presbyterian Church.* Writ denied.

---

## EX PARTE WESTERN UNION TELEGRAPH CO.

(Decided January 21, 1915.)

CERTIORARI to Court of Appeals.

GEORGE H. FEARONS, WM. C. FITTS, and LEIGH & CHAMBERLAIN, for appellant. GREGORY L. & H. T. SMITH, for appellee.

GARDNER, J.—Petition to review judgment and decision of Court of Appeals in *W. U. T. Co. v. Louissell,* 11 Ala. App. 563, 66 South. 839. Writ denied.

All the Justices concur.

---

## EX PARTE WESTERN UNION TELEGRAPH CO.

(Decided January 21, 1915.)

CERTIORARI to Court of Appeals.

FORNEY JOHNSTON, and W. R. C. COCKE, for appellant. BROWN & WARD, for appellee.

Per curiam. Petition to review judgment and decision of Court of Appeal in *W. U. T. Co. v. Holland,* 11 Ala. App: 510, 66 Suth. 926. Writ denied.